IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Watkins, Felicia M | Case Number: 08 B 01778 |
| | Judge: Wedoff, Eugene R |
| Printed: 5/13/08 | Filed: 1/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 27, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mazda American Credit | Secured | | No Claim Filed |
| 2. | Commonwealth Edison | Priority | | No Claim Filed |
| 3. | Pay Day Loan | Priority | | No Claim Filed |
| 4. | First Premier | Priority | | No Claim Filed |
| 5. | Chase | Priority | | No Claim Filed |
| 6. | University Of Phoenix | Priority | | No Claim Filed |
| 7. | Social Security Administration | Unsecured | | No Claim Filed |
| 8. | National Quick Cash | Unsecured | | No Claim Filed |
| 9. | AT&T | Unsecured | | No Claim Filed |
| 10. | Comcast | Unsecured | | No Claim Filed |
| 11. | Angela Robinson | Unsecured | | No Claim Filed |
| 12. | Illinois Dept Of Human Service | Unsecured | | No Claim Filed |
| 13. | SSA | Unsecured | | No Claim Filed |
| 14. | City of Joliet | Unsecured | | No Claim Filed |
| 15. | First Cash Advance | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Watkins, Felicia M | Case Number:  08 B 01778 |
| | Judge:  Wedoff, Eugene R |
| Printed:  5/13/08 | Filed:  1/28/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

